# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **IN RE:**<br><br>Jerome E. Powell<br><br>**Debtor(s)** | **CHAPTER:** 13<br><br>**CASE NO.** 26-13541 |

## CERTIFICATION OF NO PAYMENT ADVICES
## <u>PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)</u>

I, Jerome E. Powell, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 09/01/26

Jerome E. Powell (Sep 1, 2026 06:58:10 EDT)
Debtor