# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| Jerome Everette Powell,<br><br>*Debtor*. | Case No. 26-13541-PMM<br>Chapter 13 |

**Notice of Continuance of Meeting of Creditors**

Please note that the 341(a) Meeting of Creditors in the above-captioned matter has been continued to December 8, 2026, at 3:00 PM EST.

**Certificate of Service**

I, Michael A. Cibik, certify that on November 5, 2026, I did cause a true and correct copy of this notice of the continuance of the meeting of creditors to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system. I certify under penalty of perjury that the above notice was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 5, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

**Wilmington Savings Fund Society**
c/o Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

## Method of Service: First Class Mail

**Ally Financial, Inc**
c/o AIS Portfolio Services, LLC
Account: XXXXXXXX1178
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Amex**
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Comenity Bank/Overstock Cc**
Comenity Bank, Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

**Connexus Credit Union**
Attn: Bankruptcy Department
P.O.Box 8026
Wausau, WI 54402-8026

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Discovercard**
Po Box 30939
Salt Lake City, UT 84130

**Everest Business Funding, LLC**
Attn: Bankruptcy
102 W 38th St 6th floor
New York, NY 10018-3664

**Figure Lending**
Attn: Bankruptcy
PO Box 40534
Reno, NV 89504

**Goldman Sachs Bank USA**
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Mercury/Fbt**
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908

**Navy Federal Cr Union**
820 Follin Lane Se
Vienna, VA 22180

**On Deck Capital**
Attn: Bankruptcy
901 N Stuart St Suite 700
Arlington, VA 22203-4418

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Glorimar Powell**
326 Lucca Dr
Nazareth, PA 18064-8765

**Quickbooks Capital**
Attn: Bankruptcy
251 Little Falls Dr
Marshallton, DE 19808-1674

**Snap-on Credit**
Snap-on Credit, Attn: Bankruptcy 950
Technology Way, Suite 301
Libertyville, IL 60048

**Synchrony Bank/Lowes**
Bankruptcy
PO Box 965060
Orlando, FL 32896

**TD Bank, N.A.**
Attn: Bankruptcy
32 Chestnut Street PO Box 1377
Lewiston, ME 04243

**U.S. Bank N.A.**
P.O. Box 790117
St. Louis, MO 63179

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328